

ATTORNEYS AT LAW

MAIN OFFICE (FOR ALL MAIL): 500 FEDERAL
ALBANY OFFICE: 41 STATE STREET, S

Phone: 518-438-990

www.young

**Application denied.**

**The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 61.**

**SO ORDERED.**

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
           December 9, 2025

*__Via ECF Only__*
Hon. Philip M. Halpern
Southern District of New York
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

RE:    **Red Hook Boat Club, Inc. v. The Town Board of Town of Red Hook**
          **Case 7:25-cv-03647-PMH**

Dear Judge Halpern:

I write to notify the Court of a scheduling conflict regarding the status conference currently set for December 18, 2025. I am already scheduled to appear in NYS Supreme Court, Ulster County, at 10:00 a.m. that day for a damages inquest in NYS Index No. EF2025-691. I have informed opposing counsel of this conflict, and they do not oppose an adjournment.

I also note that the continuation of settlement discussions with Magistrate Judge Krause is scheduled for 2:00 p.m. the same day. Following the prior session, the parties have exchanged updated settlement proposals.

In light of these circumstances, the parties have conferred and would consent to a new date early in the new year. This would allow the settlement process to continue before the parties engage in discovery that may prove expensive and time-consuming. The parties are available on January 5, 6, 8, 9, or 13, 2026, for the rescheduled conference. Attorney Rodd is not available between December 22 and January 2.

Respectfully submitted,

YOUNG / SOMMER LLC

William A. Hurst

cc:  All counsel of record (via ECF)

1