UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED HOOK BOAT CLUB, INC.,

Plaintiff,

-against-

THE TOWN BOARD OF TOWN OF RED HOOK,

Defendant.

**ORDER**

25-CV-03647 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on June 1, 2026. (Doc. 64). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on July 1, 2026. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on July 1, 2026, the Court *sua sponte* extends that deadline *nunc pro tunc* to August 7, 2026 and directs that all of the materials required under Rules 6(A), 6(B), and 6(D) shall be submitted by August 7, 2026. Additionally, the Court adjourns the case management conference scheduled for July 21, 2026, *sine die*.

Dated: White Plains, New York
July 6, 2026

Philip M. Halpern
United States District Judge