UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
RED HOOK BOAT CLUB, INC.,

Plaintiff,

-against-

THE TOWN BOARD OF THE TOWN OF RED HOOK,

Defendant.
-----------------------------------------------------X

**NOTICE OF MOTION IN LIMINE**

Case No.: 7:25-cv-03647 (PMH)

MOVING PARTY: Defendant – The Town Board of the Town of Red Hook

SUBMISSION SCHEDULE: Pursuant to Individual Rule of Practice 6B(iii), motions in limine are to be served with submission of the Rule 6A and 6B documents.

Pursuant to Individual Rule of Practice 6C, opposing papers are due within one week of the date hereof.

The motion shall be heard and decided at such date and time as the Court may determine.

SUPPORTING PAPERS: Declaration of Adam L. Rodd; Exhibits; and Memorandum of Law

RELIEF REQUESTED: An Order pursuant to FRCP Rule 37(c) precluding the Plaintiff from introducing testimony from witnesses it listed in the Rule 6A Joint Pretrial Order who were not previously disclosed; and precluding the Plaintiff from introducing evidence and testimony pertaining to Town of Red Hook Local Laws B and C of 2025 – which are not at issue in this lawsuit.

Dated: August 7, 2026
New Windsor, New York

Yours, etc.
DRAKE LOEB PLLC

By: ____________________
Adam L. Rodd, Esq.,
*Attorneys for Defendant,*
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: (845) 458-7303

TO: HURST LAW FIRM, PLLC
*Attorney for Plaintiff*
357 Delaware Avenue
Delmar, New York 12054
Tel. No. (518)-849-8652