UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED HOOK BOAT CLUB, INC.,

Plaintiff,

-against-

THE TOWN BOARD OF THE TOWN OF RED HOOK,

Defendant.

**ORDER**

25-CV-03647 (PMH)

PHILIP M. HALPERN, United States District Judge:

A pretrial conference has been scheduled for November 2, 2026 at 2:30 p.m. to be held in Courtroom 520 of the White Plains Courthouse.

SO ORDERED:

Dated: White Plains, New York
September 29, 2026

Hon. Philip M. Halpern
United States District Judge