Hurst Law Firm PLLC

William Allen Hurst, Esq.
Direct Dial: 518.339.0690
whurst@hurstlawyer.com

November 16, 2026

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re: *Red Hook Boat Club, Inc. v. The Town Board of the Town of Red Hook*, Case No. 7:25-cv-03647 (PMH)**

Dear Judge Halpern:

I represent plaintiff Red Hook Boat Club, Inc. (RHBC). On September 10, 2026, RHBC filed its response to defendant's Proposed Findings of Fact and Conclusions of Law. [Dkt. 82.] While preparing for tomorrow's pretrial conference, I found a scrivener's error and an omission in that response, and two citation errors. Part I of the response states that RHBC does not object to defendant's proposed conclusions 83 and 85. That statement is wrong. RHBC opposes both conclusions.

Conclusion 83 states that RHBC cannot show that its speech was the but for cause of the Board's decision to pursue eminent domain. Conclusion 85 states that the record belies RHBC's claim of retaliatory motive. RHBC contests both propositions. RHBC's proposed findings 177 through 181 and proposed conclusions 216 through 227 ask the Court to find that the Board would not have commenced or advanced the condemnation in the absence of RHBC's protected speech and petitioning. [Dkt. 76.] RHBC opposes conclusions 83 and 85 on the grounds stated in its responses to defendant's proposed findings 27, 59, 60, 71 and 72 and proposed conclusions 80, 81, 84, 86, 89, 90 and 91.

The response also does not address two of defendant's proposed conclusions. RHBC does not object to conclusion 74, which states the procedural history of the pleadings. RHBC opposes conclusion 92, which asks the Court to dismiss the claim, on the same grounds.

Each citation to the affidavit of Stephen Cole in RHBC's proposed findings and in its response is one paragraph too high. The testimony cited as paragraph 9, for example, appears at paragraph 8 of the affidavit. The June 16, 2025 Planning Board determination is Exhibit P-13. RHBC's proposed finding 129 cites it as P-12. The response repeats that citation in answering defendant's proposed finding 54 and in its list of omitted matters.

RHBC asks the Court to accept this letter as a correction to its response and to its proposed findings. I will be prepared to address the corrections at the conference.

Thank you for the Court's attention to this matter.

Respectfully submitted,

HURST LAW FIRM PLLC

*William Allen Hurst*

William Allen Hurst, Esq.
Attorneys for Plaintiff
Red Hook Boat Club, Inc.

cc: Adam L. Rodd, Esq., Drake Loeb PLLC (via ECF)