UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED HOOK BOAT CLUB, INC.,

Plaintiff,

-against-

THE TOWN BOARD OF TOWN OF RED HOOK,

Defendant.

**ORDER**

25-CV-03647 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference on November 17, 2026. For the reasons set forth on the record, the two branches of Plaintiff's motion *in limine* (Doc. 77) are GRANTED IN PART AND DENIED IN PART and the two branches of Defendant's motion *in limine* (Doc. 69) are GRANTED IN PART AND DENIED IN PART as stated.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and Exhibit Lists and file, by **December 21, 2026**, an amended Proposed Joint Pretrial Order, revised and in the form discussed on the record.
2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Findings of Fact and Conclusions of Law and file, by **December 21, 2026**, a single, joint, revised Findings of Fact and Conclusions of Law.
3. The next pretrial conference has been scheduled for **January 25, 2027 at 2:30 p.m.**

*See* Transcript.

The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Docs. 69 and 77.

SO ORDERED:

Dated: White Plains, New York
November 18, 2026

Philip M. Halpern
United States District Judge